UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Duane Williams, et al.,

                         Plaintiff(s),

v.                                          Case No. 2:25–cv–12231–TGB–KGA
                                            Hon. Terrence G. Berg

Wayne, County of, et al.,

                         Defendant(s),

_____

### NOTICE OF DETERMINATION OF MOTION
### WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

Motion for Leave to File – #38
Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.


### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Emily P Vradenburg
                                   Case Manager

Dated:   December 18, 2025